# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO. 17-20551-CIV-LENARD/O'SULLIVAN

**CHERYL VAN SYCKLE,**

    Plaintiff,

vs.

**CARNIVAL CORP. d/b/a CARNIVAL CRUISE LINES, INC., STEINER TRANSOCEAN, LTD.,**

    Defendants

_____/

### JOINT CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, United States Code, Section 636(c), the undersigned Parties to the above-captioned civil matter, by and through their undersigned counsel, hereby voluntarily consent to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto.

| # | Matter | Yes | No |
|---|---|---|---|
| 1. | Motions concerning Discovery | X | |
| 2. | Motions for Costs | X | |
| 3. | Motions for Attorney's Fees | X | |
| 4. | Motions for Sanctions or Contempt | X | |
| 5. | Motions to Dismiss or for Judgment on the Pleadings | X | |
| 6. | Motions to Certify or Decertify Class | X | |
| 7. | Motions for Preliminary Injunction | X | |
| 8. | Motions for Summary Judgment | | X |
| 9. | Motions to Remand (in removal cases) | | X |
| 10. | All other Pre-Trial Motions | | X |
| 11. | Jury or Non-Jury Trial on Merits and Trial Motions, including Motions in Limine | | X |

5/10/17
(Date)

Signature of PAUL M. HOFFMAN
Counsel for PLAINTIFF

5/30/17
(Date)

Signature of Andrew Craven
Counsel for Defendant