UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 17-CV-20551-JAL

CHERYL VAN SYCKLE

    Plaintiff,

vs.

CARNIVAL CORP.,
d/b/a CARNIVAL CRUISE LINES, INC.
STEINER TRANSOCEAN, LTD.

    Defendants.
_____/

## JOINT SCHEDULING REPORT

The Plaintiff, CHERYL VAN SYCKLE, and Defendants, CARNIVAL CORPORATION, d/b/a CARNIVAL CRUISE LINES, INC., by and through their undersigned attorneys, hereby jointly file their Joint Planning and Scheduling Report, pursuant to the requirements of Local Rule 16.1 and the Federal Rules of Civil Procedure under the case management Standard Track, state as follows:

**Meeting of the Parties:**

Pursuant to Local Rule 16.1, an initial meeting was held via telephone. At the meeting, the parties were represented as follows:

Counsel for Plaintiff:
Paul Hoffman, Esquire
2881 E. Oakland Park Blvd.
Ft. Lauderdale, FL 3306

Counsel for Defendant:
Andrew D. Craven, Esq.
Chartwell Law Offices
200 S. Biscayne Blvd., Suite 300
Miami, FL 33178

A. **Likelihood of Settlement:**

The parties intend to explore early settlement negations in this case, and will continue to discuss settlement possibilities throughout this case as deemed appropriate.

B. **Appearance of Additional Parties:**

At this juncture, Plaintiff's counsel and Defense counsel do not anticipate the appearance of additional parties other than the appearance of the Defendant listed in the style of this case.

C. **Necessity of Amendments to Pleadings:**

The parties do not anticipate the necessity of amendments to the Pleadings at this time.

D. **Proposals for the Formulation Simplify Issues:**

The parties will work to formulate and simplify the issues in this matter, by stipulating to the authenticity and admissibility of documents wherever possible.

E. **Avoidance of Unnecessary Proof and Cumulative Evidence:**

The parties will continue to work together in order to avoid the presentation of cumulative evidence and unnecessary proof.

F. **Possibility of Obtaining Admissions of Fact and of Documents:**

The parties will stipulate to the following facts:

1. Defendant CARNIVAL CORPORATION was, for the purposes of this litigation, the operator of the "*CARNIVAL FREEDOM"* on 2/18/2016. Defendant STEINER TRANSOCEAN, LTD., operated the spa on the CARNIVAL FREEDOM on 2/18/2016.

The parties will continue to work together in order to obtain agreements concerning the authenticity and admissibility of documents whenever possible.

G.  **Preliminary Estimate of Trial Time:**

The parties estimate the case should take from 4 to 5 days to try, inclusive of jury selection.

H.  **Additional Information that Might be helpful to the Court:**

This is a maritime personal injury action in which Plaintiff alleges that she was injured on February 18, 2016, on the cruise ship operated by Defendant Carnival and in the spa operated by Defendant Steiner.  Plaintiff's complaint alleges that Defendants are liable to Plaintiff under the theory of negligence.  Defendants deny the allegations of negligence and allege that they exercised reasonable care under the circumstances.  The issues are whether the Defendants were negligent; whether the Defendants' acts and/or omissions proximately caused or contributed to causing Plaintiff's injuries; whether Plaintiff was negligent; and whether the Plaintiff's negligence, if any, proximately caused or contributed to causing Plaintiff's injuries; and the nature and extent of damages.

Dated May 31, 2017.

By: */s Paul M. Hoffman, Esq.*  
    Paul M. Hoffman, Esquire  
    Law Office of Paul M. Hoffman, P.A.  
    2888 East Oakland Park Boulevard  
    Ft. Lauderdale, Florida 33306  
    Tel: (954) 707-5040  
    Fax: (561) 892-7810  
    pmh@paulmhoffmanlaw.com  
    *Attorney for the Plaintiff*

By: */s Andrew D. Craven, Esq.*  
    Andrew D. Craven, Esq.  
    The Chartwell Law Offices LLP  
    200 S. Biscayne Blvd., #300  
    Miami, FL 33133  
    Telephone: (305) 372-9044  
    Facsimile: (305) 372-5044  
    acraven@chartwelllaw.com  
    *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> Respectfully Submitted,
>
> BY:   *Andrew D. Carven*
>         Andrew D. Craven

## SERVICE LIST

Paul M. Hoffman, Esquire
Law Office of Paul M. Hoffman, P.A.
2888 East Oakland Park Boulevard
Ft. Lauderdale, Florida 33306
Tel: (954) 707-5040
Fax: (561) 892-7810
pmh@paulmhoffmanlaw.com
  *Attorney for the Plaintiff*