UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  17-CV-20551-JAL

CHERYL VAN SYCKLE

    Plaintiff,

vs.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES, INC.,
STEINER TRANSOCEAN, LTD.

    Defendants.

_____/

## JOINT SCHEDULING FORM

| Date | |
|---|---|
| 6/23/2017 | All motions for joinder of parties or to amend pleadings shall be filed. |
| 10/27/2017 | The Parties shall each furnish opposing counsel a written list containing the names and addresses of all fact witnesses who may be called at trial. Only those witnesses listed shall be permitted to testify at trial. |
| 1/12/2018 | All **fact** discovery must be completed. The Parties shall be under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information. |
| 2/1/2018 | Plaintiff(s) must provide Defendant(s) an expert witness list accompanied by the summaries and reports as required by Local Rule 16.1.K. Only those expert witnesses named on this list and for whom the required summaries and reports have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Plaintiff(s) shall make the expert witnesses available for deposition by Defendant(s). |
| 2/15/2018 | Defendant(s) must provide Plaintiff(s) an expert witness list accompanied by the summaries and reports as required by Local Rule 16.1.K. Only those expert witnesses named on this list and for whom the required summaries and reports have been provided shall be permitted to testify at trial. Within the fourteen-day period after this deadline, Defendant(s) shall make the expert witnesses available for deposition by Plaintiff(s). |
| 3/1/2018 | All **expert** discovery must be completed. |

| | |
|---|---|
| 3/25/2018 | All dispositive, pre-trial motions and memoranda must be filed, as well as any motions to exclude or to limit proposed expert testimony. |
| 12/16/2017 | Mediation shall be completed. |
| 3/1/2018 | Proposed date before which all motions in limine must be filed. |
| 4/2/2018 | Proposed date for joint pre-trial stipulation pursuant to Local Rule 16.1(K). |
| 4/16/2018 | Proposed date for pre-trial conference. |
| 5/7/2018 | Proposed date for trial. |