UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.   17-CV-20551-JAL

CHERYL VAN SYCKLE

      Plaintiff,

vs.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES, INC.
STEINER TRANSOCEAN LTD.,

      Defendants.

_____/

**NOTICE OF FILING SELECTION**
**OF MEDIATOR AND NOTICE OF MEDIATION HEARING**

      Plaintiff, by and through undersigned counsel, files the Selection of Mediator and Notice

of Mediation Hearing states as follows:

1.   The parties have agreed on Orestes "Rusty" Perez, Esq., Florida Mediation Group, 44

W. Flagler Street, 19th Floor, Miami, FL to mediate this case.

2.   The parties have agreed to mediate the case on September 22, 2017 at 1:30 p.m. at the

Broward County offices of the mediator located at 401 E. Las Olas Blvd., Fort

Lauderdale, FL.

.

                        Respectfully Submitted,

BY:   */s/Paul M. Hoffman, P.A.*
        HOFFMAN LAW FIRM
        2881 E. Oakland Park Blvd.
        Fort Lauderdale, FL 33306
        Telephone:     (954) 707-5040
        Email: pmh@paulmhoffmanlaw.com
        Florida Bar No. 279897

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record and parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.


Respectfully Submitted,

BY:     */s/Paul M. Hoffman, P.A.*
        HOFFMAN LAW FIRM
        2881 E. Oakland Park Blvd.
        Fort Lauderdale, FL 33306
        Telephone:     (954) 707-5040
        Email: pmh@paulmhoffmanlaw.com
        Florida Bar No. 279897

CASE NO.   17-CV-20551-JAL

| | |
|---|---|
| Paul M. Hoffman, Esq.<br>Hoffman Law Firm<br>2881 East Oakland Park Boulevard<br>Fort Lauderdale, Florida 33306<br>Telephone: (954) 707-5040<br>pmh@paulmhoffmanlaw.com<br>*Attorney for Plaintiff* | Andrew D. Craven, Esq.<br>The Chartwell Law Offices, LLP.<br>200 S. Biscayne Blvd., #300<br>Miami, FL 33131<br>Telephone:  (305) 372-9044<br>acraven@chartwelllaw.com<br>*Attorney for Defendant* |