```
              UNITED STATES DISTRICT COURT FOR THE SOUTHERN
                         DISTRICT OF FLORIDA


                        CASE NO.   : 17-20551-CIV-JAL


  CHERYL VAN SYCKLE

                               NOTICE OF MEDIATION CONFERENCE DATE
       Plaintiff(s),

  vs.

  CARNIVAL CORP D/B/A CARNIVAL CRUISE
  LINES INC. ET AL.

       Defendant(s).
  *******************************

         DATE AND TIME:    09/22/2017 Friday 1:30 P.M.*

         LOCATION:         Florida Mediation Group
                           44 West Flagler Street, 19th Floor
                           Miami, Florida 33130
                           305-579-9990

         MEDIATOR:         Certified Mediator / Florida Mediation Group, Inc.
                            Orestes "Rusty" Perez, Esq.
                           The mediator is a neutral and may not act as an
                           advocate for any party.

         FEES:             FINAL PAYMENT DUE WITH IN 10 DAYS OF THE MEDIATION:
                           SEE ATTACHED

         SUMMARY:          The parties are requested to present a SUMMARY of
                           facts and issues to the Mediator five days prior to
                           the scheduled Mediation Conference.

         NOTICE:           Please notify FLORIDA MEDIATION GROUP immediately of
                           any scheduling problems.  If this is Court Ordered,
                           all parties must agree to cancel and/or reset the
                           Mediation.

       *2 HOURS HAVE BEEN RESERVED FOR THE MEDIATION.  IF YOU
       THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

                                       s/Allene D. Nicholson
                                       Florida Bar Number 201553
                                       Email mediate@floridamediation.com
                                       FLORIDA MEDIATION GROUP, INC.
                                       44 West Flagler Street
                                       19th Floor
                                       Miami, Florida 33130
                                       (305) 579-9990 Fax 579-9991
                                       FMG File No.: 0-105065
```

```
                                             PAGE 2.
     CASE NO.      : 17-20551-CIV-JAL
     FMG FILE NO.  : 0-105065
     PLAINTIFF     : VAN SYCKLE


Copies on June 22, 2017 to:

Paul M. Hoffman, Esq.
Paul M. Hoffman, P.A.
2881 E. Oakland Park Boulevard
Penthouse 307
Ft. Lauderdale  FL  33306
954-707-5040




Andrew D. Craven, Esq.
The Chartwell Law Offices
200 South Biscayne Boulevard
Suite 300
Miami  FL  33131
305-372-9044 Fax 305-372-5044
```

                              FLORIDA MEDIATION GROUP



                         F E E    S C H E D U L E



Thank you for choosing FLORIDA MEDIATION GROUP. The following is our
fee schedule for this mediation with Orestes "Rusty" Perez, Esq.
If you have any problems or questions, please call our office and
reference our FMG file number 0-105065.

1 -   There will be a 1.5 hour minimum fee charged.

2 -   The mediation is billed at $396.00 per party for the first
      1.5 hours. Any additional time is billed at $360.00 per hour,
      rounded to the next half hour, divided equally among the parties.

3 -   IF POSSIBLE, PLEASE BRING A DEPOSIT CHECK IN THE AMOUNT OF
      $396.00 PER PARTY TO COVER THE 2 PARTY, 1.5 HOUR MINIMUM.

      If the final bill is more than $396.00, we will recalculate
      the cost and bill you.

      If the final bill is less than $396.00, we will refund the
      difference.

4 -   Florida Mediation Group has no relationship with your client(s).
      Therefore, counsel for each party is responsible for ensuring that
      mediation fees are paid promptly.

                        TAX ID #47-3700734
           (PLEASE CALL TO MAKE A DIFFERENT ARRANGEMENT IF THIS
            IS NOT POSSIBLE OR CAUSES SUBSTANTIAL DIFFICULTIES!)

5 -   The Mediator may charge for cancellations made the day of the
      scheduled mediation. (NOTE: DO NOT RELY ON THE OTHER SIDE TO
      NOTIFY FLORIDA MEDIATION GROUP OF ANY CANCELLATIONS).


Thank you very much.



FMG #0-105065
FED.16