UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  17-CV-20551-JAL

CHERYL VAN SYCKLE

    Plaintiff,

vs.

CARNIVAL CORPORATION, d/b/a
CARNIVAL CRUISE LINES, INC.
STEINER TRANSOCEAN LTD.,

    Defendants.
_____/

**NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION**

Plaintiff, by and through undersigned counsel, files this Notice of Order Scheduling Mediation.

.

    Respectfully Submitted,

BY:   */s/Paul M. Hoffman, P.A.*
     HOFFMAN LAW FIRM
     2881 E. Oakland Park Blvd.
     Fort Lauderdale, FL 33306
     Telephone:   (954) 707-5040
     Email: pmh@paulmhoffmanlaw.com
     Florida Bar No. 279897

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record and parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive electronically Notices of Electronic Filing.

                Respectfully Submitted,

BY:   */s/Paul M. Hoffman, P.A.*
        HOFFMAN LAW FIRM
        2881 E. Oakland Park Blvd.
        Fort Lauderdale, FL 33306
        Telephone:     (954) 707-5040
        Email: pmh@paulmhoffmanlaw.com
        Florida Bar No. 279897

CASE NO.   17-CV-20551-JAL

| | |
|---|---|
| Paul M. Hoffman, Esq.<br>Hoffman Law Firm<br>2881 East Oakland Park Boulevard<br>Fort Lauderdale, Florida 33306<br>Telephone: (954) 707-5040<br>pmh@paulmhoffmanlaw.com<br>*Attorney for Plaintiff* | Andrew D. Craven, Esq.<br>The Chartwell Law Offices, LLP.<br>200 S. Biscayne Blvd., #300<br>Miami, FL 33131<br>Telephone: (305) 372-9044<br>acraven@chartwelllaw.com<br>*Attorney for Defendant* |