UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  17-20551-CIV-LENARD/O'SULLIVAN

CHERYL VAN SYCKLE

    Plaintiff,
vs.

CARNIVAL CORPORATION,
d/b/a CARNIVAL CRUISE LINES, INC.,

    Defendant.
_____/

## ORDER SCHEDULING INITIAL MEDIATION

**THE INITIAL MEDIATION CONFERENCE** in this matter shall be held with <u>Mediator Orestes "Rusty" Perez, Esq. on September 22, 2017, at 1:30 p.m. at: Florida Mediation Group located at 19 West Flagler Street. 19th Floor, Miami, Florida 33131</u>. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

Within seven (7) days following the mediation conference, the Mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in Chambers at Miami, Florida this ____ day of _____, 2017.

_____
JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

Copies provided to:
All counsel of record