UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-20551-CIV-LENARD/O'SULLIVAN

**CHERYL VAN SYCKLE**,

      Plaintiff,

vs.

**CARNIVAL CORP. d/b/a CARNIVAL CRUISE LINES, INC., STEINER TRANSOCEAN, LTD.**,

      Defendants

_____/

### ORDER SCHEDULING MEDIATION

THE MEDIATION CONFERENCE in this matter shall be held with **Orestes "Rusty" Perez on September 22, 2017 at 1:30 p.m. at Florida Mediation Group, 401 E. Las Olas Blvd., Fort Lauderdale, Florida**. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

Within seven (7) days following the mediation conference, the mediator shall file a Mediation Report indicating whether all required parties were present. The report shall also indicate whether the case settled (in full or in part), was continued with the consent of the parties, or whether the mediator declared an impasse.

**DONE AND ORDERED** in Chambers at Miami, Florida this 23rd day of June, 2017.

_____
**JOAN A. LENARD
UNITED STATES DISTRICT JUDGE**