```
           UNITED STATES DISTRICT COURT FOR THE SOUTHERN
                       DISTRICT OF FLORIDA


                  CASE NO.   : 17-20551-CIV-JAL

CHERYL VAN SYCKLE


     Plaintiff(s),                    NOTICE OF CHANGE
                                             OF
vs.                                   MEDIATION CONFERENCE

CARNIVAL CORP D/B/A CARNIVAL CRUISE
 LINES INC. ET AL.

     Defendant(s).

*****************************

     DATE AND TIME:  10/20/2017 Friday 4:30 P.M.

     LOCATION:       Florida Mediation Group
                     44 West Flagler Street, 19th Floor
                     Miami, Florida 33130
                     305-579-9990

     MEDIATOR:       Certified Mediator / Florida Mediation Group, Inc.
                      Orestes "Rusty" Perez, Esq.
                     The mediator is a neutral and may not act as an
                     advocate for any party.

     SUMMARY:        The parties are requested to present a SUMMARY of
                     facts and issues to the Mediator five days prior to
                     the scheduled Mediation Conference.

     NOTICE:         Please notify FLORIDA MEDIATION GROUP immediately of
                     any scheduling problems.  If this is Court Ordered,
                     all parties must agree to cancel and/or reset the
                     Mediation.

        *2 HOURS HAVE BEEN RESERVED FOR THE MEDIATION.  IF YOU
        THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.


                                   s/Allene D. Nicholson
                                   Florida Bar Number 201553
                                   Email mediate@floridamediation.com
                                   FLORIDA MEDIATION GROUP, INC.
                                   44 West Flagler Street
                                   19th Floor
                                   Miami, Florida 33130
                                   (305) 579-9990 FAX 579-9991
                                   FMG File No.: 0-105065
```

```
                                                              PAGE 2.

     CASE NO.        : 17-20551-CIV-JAL
     FMG FILE NO.    : 0-105065
     PLAINTIFF       : VAN SYCKLE


     Copies on September 14, 2017 to:

     Paul M. Hoffman, Esq.
     954-707-5040



     Andrew D. Craven, Esq.
     305-372-9044 Fax 305-372-5044
```