UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 17-CV-20551

CHERYL VAN SYCKLE

    Plaintiff,

vs.

CARNIVAL CORPORATION,
d/b/a CARNIVAL CRUISE LINES, INC.,
STEINER TRANSOCEAN, LTD.

    Defendant.
_____/

## MOTION TO RESCHEDULE MEDIATION

The Plaintiff, by and through undersigned counsel, hereby files her Joint Motion to Reschedule Mediation and state as follows:

1. The parties agreed on September 22, 2017 to mediate the case and the Court issued an order scheduling same for the date agreed upon by the parties.

2. The parties are currently engaged in settlement negotiations and have served discovery on each other.

3. The parties had scheduled Plaintiff's deposition and defense medical examinations to coincide with mediation on September 22, 2017.

4. However, due to the effects of Hurricane Irma, the deposition, medical examinations and mediation had to be cancelled.

5. The parties are working to reschedule the deposition of Plaintiff, defense medical examinations and mediation for the week of October 23, 2017.

6. Plaintiff seeks an order permitting the rescheduling of the mediation pursuant to the Order of the Court Scheduling Mediation.

7. Defendant does not oppose this motion.

1

WHEREFORE, the Plaintiff respectfully requests that her motion be granted.

## CERTIFICATE OF COMPLIANCE

I HEREBY CERTIFY that in accordance with Local Rule 7.1, I have conferred with Defendant who does not oppose the motion.

## MEMORANDUM OF LAW

Grant or denial of a motion to enlarge time rests within the sound discretion of the court, *Howard v. Weinberger*, 489 F. 2d 216 (5th Cir. 1973). While the court enjoys broad discretion in these matters, the guiding principle should be prejudice to the parties, see, e.g., *Sanderlin v. Seminole Tribe of Florida*, 243 F. 3d 1282 (11th Cir. 2001); *Guideone Elite Ins. Co. v. Old Cutler Presbyterian Church, Inc*., 430 F. 3d 1317 (11th Cir. 2005); *Carmical v. Helicopter Textron, Inc*., 117 F. 3d 490 (11th Cir. 1997). Here, there is no prejudice if the motion is granted.

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        Respectfully Submitted,

BY:   */s/Paul M. Hoffman, P.A.*
       HOFFMAN LAW FIRM
       2881 E. Oakland Park Blvd.
       Fort Lauderdale, FL 33306
       Telephone:   (954) 707-5040
       Email: pmh@PaulMHoffmanlaw.com
       Florida Bar No. 0279897

## SERVICE LIST

CASE NO.   17-CV-20551-JAL

| Paul M. Hoffman, Esquire | Andrew D. Craven, Esquire |
|---|---|
| HOFFMAN LAW FIRM | Carnival Corporation/Steiner Transocean |
| 2881 East Oakland Park Boulevard | The Chartwell Law Offices, LLP |
| Fort Lauderdale, Florida 33306 | 200 S. Biscayne Blvd. #300 |
| Telephone: (954) 707-5040 | Miami, Florida 33131 |
| pmh@paulmhoffmanlaw.com | Telephone:  (305) 372-9044 |
| *Attorneys for Plaintiff* | acraven@chartwelllaw.com |
| | *Attorney  for Defendants* |