UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-CV-20551-JAL

CHERYL VAN SYCKLE,

    Plaintiff

vs.

CARNIVAL CORPORATION,
d/b/a CARNIVAL CRUISE LINES, INC.
STEINER TRANSOCEAN LTD.,

    Defendants.
_____/

**ORDER GRANTING MOTION TO RESCHEDULE**

This matter came on to be heard regarding the Plaintiff's Motion to Reschedule Mediation, and the Court having reviewed the relevant motion and otherwise being advised in the premises, it is:

ORDERED and ADJUDGED that Plaintiff's Motion to Reschedule Mediation is hereby GRANTED. The Mediation shall be rescheduled to a date and time within the Court's prior order scheduling mediation.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of _____ 2017.

                                            _____
                                            United States District Court Judge

Copies to:
Counsel of record