UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF FLORIDA

CASE NO.   : 17-20551-CIV-JAL

CHERYL VAN SYCKLE

    Plaintiff(s),                            NOTICE OF CHANGE
                                                OF
vs.                                                  MEDIATION CONFERENCE

CARNIVAL CORP D/B/A CARNIVAL CRUISE
LINES INC. ET AL.

    Defendant(s).

*****************************

DATE AND TIME:  10/25/2017 Wednesday 10:00 A.M.

LOCATION:      Florida Mediation Group
               44 West Flagler Street, 19th Floor
               Miami, Florida 33130
               305-579-9990

MEDIATOR:      Certified Mediator / Florida Mediation Group, Inc.
               Orestes "Rusty" Perez, Esq.
               The mediator is a neutral and may not act as an
               advocate for any party.

SUMMARY:       The parties are requested to present a SUMMARY of
               facts and issues to the Mediator five days prior to
               the scheduled Mediation Conference.

NOTICE:        Please notify FLORIDA MEDIATION GROUP immediately of
               any scheduling problems.  If this is Court Ordered,
               all parties must agree to cancel and/or reset the
               Mediation.

   *2 HOURS HAVE BEEN RESERVED FOR THE MEDIATION.  IF YOU
   THINK YOU WILL NEED MORE TIME, PLEASE CALL US IMMEDIATELY.

                                   s/Allene D. Nicholson
                                   Florida Bar Number 201553
                                   Email mediate@floridamediation.com
                                   FLORIDA MEDIATION GROUP, INC.
                                   44 West Flagler Street
                                   19th Floor
                                   Miami, Florida 33130
                                   (305) 579-9990 FAX 579-9991
                                   FMG File No.: 0-105065

```
                                                            PAGE 2.

     CASE NO.         : 17-20551-CIV-JAL
     FMG FILE NO.     : 0-105065
     PLAINTIFF        : VAN SYCKLE


Copies on October 2, 2017 to:

Paul M. Hoffman, Esq.
954-707-5040



Andrew D. Craven, Esq.
305-372-9044 Fax 305-372-5044
```